**CERTIFIED MAIL**

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, S.W.
ATLANTA, GEORGIA 30303-

OFFICIAL BUSINESS



RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 20 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

91 7199 9991 7032 5720 6149

ZIP 30303 $ 005.68⁰
02 1W
0001345857 APR  2017

Kevin Frazier Arnold
970 Sidney Marcus Blvd, Apt. #1105
Atlanta, GA 30324

56998>9999

NIXIE        30026   04/16/2017
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
SORT IN MANUAL ONLY NO AUTOMATION
BC: 56998999955