IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN FRAZIER ARNOLD,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE JENKINS, JR., in his individual and official capacity as Assistant District Attorney of Fulton County,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-1086-MHC-AJB |

## ORDER

The matter is before the Court on Magistrate Judge Alan J. Baverman's Final Report and Recommendation [Doc. 5] ("R&R"), which recommends that Plaintiff's claims be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of this Court for failure to comply with a lawful Order of this Court. Specifically, after Plaintiff filed an incomplete application to proceed *in forma pauperis*, Judge Baverman ordered Plaintiff to file a complete and correct application within twenty-one days, but Plaintiff failed to respond to the Court's Order. See Order of Apr. 2, 2017 [Doc. 2]. Moreover, Judge Baverman's Order was returned to the Clerk as

undeliverable, making his action subject to dismissal for failure to keep the Court apprised as to his current contact information, including any change in address. See LR41.2B, NDGa.

The Order for Service of the R&R [Doc. 6] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. Within the time permitted for objections, Plaintiff filed a "Motion for Reconsideration" [Doc. 7] which this Court will treat as his objections to the R&R.

Although many of Plaintiff's objections complain about his treatment by the Clerk's office, he contends that his address has not changed. It does appear that the R&R was sent to the same address as was the April 2, 2017, Order, and was not returned as undeliverable. Because there is a possibility that the April 2, 2017, Order was not received by Plaintiff through no fault of his own, and that he has not in fact changed his address, the rationale for the recommendation of dismissal in the R&R now may be subject to doubt.

Accordingly, it is hereby **ORDERED** that Plaintiff's objections [Doc. 7] are **SUSTAINED IN PART** and that the Final Report and Recommendation [Doc. 5] is **REJECTED**. The Clerk is **DIRECTED** to re-submit this matter to Judge Baverman for further proceedings. This Court notes that Plaintiff has not yet filed

2

a revised application for *in forma pauperis*, only attaching a copy of his previous application to his objections with the word "arrears" being added to his response to Question 6. It is left to the discretion of Judge Baverman as to whether to require a further filing from Plaintiff, who must comply with the Orders issued by Judge Baverman and this Court, or face dismissal of his action. See FED. R. CIV. P. 41(b) and LR 41.3, NDGa.

**IT IS SO ORDERED** this 20th day of June, 2017.

MARK H. COHEN
United States District Judge