IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN FRAZIER ARNOLD, : | |
| : | |
| Plaintiff, : | CIVIL ACTION FILE NO. |
| : | 1:17-cv-01086-MHC |
| v. : | |
| : | [Magistrate Judge Baverman] |
| GEORGE JENKINS, JR., *in his* : | |
| *individual and official capacity as* : | |
| *Assistant District Attorney of* : | |
| *Fulton County*, : | |
| : | |
| Defendant. : | |

## O R D E R

This matter is presently before the Court on Plaintiff Kevin Frazier Arnold's objections to the Report and Recommendation ("R&R") entered on May 16, 2017. [Doc. 7].

Plaintiff had filed an application to proceed in forma pauperis ("IFP") on March 24, 2017. [Doc. 1]. Following review of the application, on April 6, 2017, the undersigned ordered Plaintiff to file an amended application on the Court's *Local Form 239 (Non-Prisoner Cases) (07/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)*, because his initial application (on the short form) was not dated, the form contained little information, the little information the

form did contain appeared to be contradictory, and the Court therefore lacked information sufficient to determine Plaintiff's present indigency status. [*See* Doc. 2 at 3 (citing [Doc. 1 at 1-2])]. For Plaintiff's convenience, the Court both provided an internet address where Plaintiff could access a blank copy of the form and also directed the Clerk to mail a copy of the form to Plaintiff. [Doc. 2 at 4 & n.3].

When Plaintiff did not respond to the Order, the undersigned entered an R&R recommending to the District Judge that the matter be dismissed without prejudice for failure to show indigency and failure to follow a lawful Order of the Court. [Doc. 5]. On May 31, 2017, Plaintiff filed a document styled as a motion for reconsideration of the R&R, which the Clerk construed as objections to the R&R. [Doc. 7]. On June 20, 2017, the District Judge referred the matter back to the undersigned for consideration of Plaintiff's filing. [Doc. 8].

In the construed objections, Plaintiff states that he did not receive the Order entered on April 6 and that "[a]ny and all attempts to use the web address provided by the Court returned a landing page that stated: 'Access Denied. You are not authorized to access this page.' " [*Id*. at 2]. In conjunction with his objections, Plaintiff also files an amended copy of his original short-form application. [*Id*. at 5-7].

AO 72A
(Rev.8/8 2)

In the amended application, Plaintiff now affirmatively states that has no cash or bank accounts and has no assets of value.  [*Id*. at 6].  He also clarifies that he is in arrears on his rent.  [*Id*.].  He has also dated the application, thus making clear that his declaration reflects his current financial status.  [*Id*.].

The Court "may authorize the commencement . . . of any suit, action, or proceeding . . . without payment of fees and costs or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner[1] possesses that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).

Plaintiff has clarified that he has no income, ready cash, or assets of value.  He has also clearly stated that his income is insufficient to enable him to keep up with the modest amount he owes in monthly rent.  The Court therefore finds that Plaintiff is unable to pay the filing fees associated with the present lawsuit without foregoing the basic necessities of life.  Plaintiff's request to proceed IFP is therefore **GRANTED**.

The Clerk is **DIRECTED** to **TERMINATE** reference to the undersigned Magistrate Judge and **SUBMIT** the case to the District Judge for a frivolity determination pursuant to 28 U.S.C. § 1915(e).

---

[1]     Although Congress used the word "prisoner" here, Section 1915 applies to non-prisoner indigent litigants as well as prisoners.  *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1306 n.1 (11th Cir. 2004).

**IT IS SO ORDERED and DIRECTED**, this 8th day of July, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE