Case 1:17-cv-01086-MHC   Document 11   Filed 08/07/17   Page 1 of 2

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 07 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTERN DISTRICT GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kevin Frazier Arnold, | ) |
| Plaintiff, | ) Civil Action No.: |
| V. | ) 1:17-CV-1086-MHC |
| George Jenkins, Jr. in his individual and official capacity as Assistant District Attorney of Fulton County, | ) DEMAND FOR JURY TRIAL |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

## AND REQUEST FOR SEVICE BY U.S. MARSHALL

1. On July 10, 2017 Magistrate Alan J. Braverman entered an order for Plaintiff Arnold to proceed *in forma pauperis* in this action and the civil proceeding has been found to be in good standing and with merit. However, the court has determined that Plaintiff Arnold has waived his right to tort claims of defamation and false arrest, due to a failure to fully state his claim.

2. In the Amended Complaint submitted with this Motion for Leave, Arnold has sought to elaborate and define the elements of defamation and false imprisonment. As well, dates have been corrected to provide an adequate timeline,

and additional exculpatory evidence and witnesses have been noted.

3. Rule 15(a) provides that leave to amend shall be freely given when justice requires. "Leave to amend a complaint should be freely given in the absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility." *Richardson v. United States*, 193 F.3d 545, 548-49 (D.C. Cir. 1999). The United States Supreme Court has declared that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Davis v. Liberty Mut. Ins. Co.*, 871 F.2d 1134, 1136 (D.C. Cir. 1989).

4. The Plantiff understands that court time is valuable and wishes that the attached Amended Complaint be allowed, and that upon acceptance by the court, that Defendant ADA Jenkins be officially served a copy of the Amended Complaint by U. S. Marshalls.

**Respectfully submitted August 7, 2017.**
(Original Civil Filing March 24, 2017)

_____
**Kevin Frazier Arnold**
Pro Se Plaintiff
Email: R7press@aol.co.uk
Tel: 678.833.4697
Mailing Address:
970 Sidney Marcus Blvd.
Suite 1105
Atlanta, GA 30324