# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KEVIN FRAZIER ARNOLD,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO.** |
| v. : | |
| : | **1:17-CV-1086** |
| **GEORGE JENKINS, in his individual** : | |
| **And Official capacity as Assistant** : | |
| **District Attorney of Fulton County,** : | |
| : | |
| **Defendant** : | |

## DEFENANT GEORGE JENKINS' MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

COMES NOW, Defendant Fulton County Assistant District Attorney George Jenkins, herein after "Defendant", and moves this Honorable Court to dismiss the claim asserted against him pursuant to Fed. R. Civ. P. 12 (b)(6) for failure to state a claim upon which relief can be granted. Plaintiff cannot show a waiver of Defendant's entitlement to prosecutorial immunity or other applicable immunities. A brief in support is filed contemporaneously.

WHEREFORE, Defendant prays that his motion to dismiss for failure to state a claim be granted.

Respectfully submitted, this 10th day of October, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

Patrise Perkins-Hooker
County Attorney
Georgia Bar No. 572358

Kaye W. Burwell
Deputy Attorney
Georgia Bar No. 775060

Ashley Palmer
Senior Assistant County Attorney
Georgia Bar No. 603514

/s/ Nancy Ladson Rowan
Nancy Ladson Rowan
Staff Assistant County Attorney
Georgia Bar No. 431076

141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KEVIN FRAZIER ARNOLD,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL ACTION NO.** |
| **v.** : | |
| : | **1:17-CV-1086** |
| **GEORGE JENKINS, in his individual** : | |
| **And Official capacity as Assistant** : | |
| **District Attorney of Fulton County,** : | |
| : | |
| **Defendant** : | |

## CERTIFICATE OF SERVICE

THIS CERTIFIES that on October 10, 2017, I have presented this document in Times New Roman, 14 point type, and that I have electronically filed the foregoing **DEFENDANT GEORGE JENKINS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** with the Clerk of Court using the CM/ECF system, and will provide mail notification to the *pro se* Plaintiff listed below:

Kevin Frazier Arnold
970 Sidney Marcus Blvd.,
Suite 1105
Atlanta, Georgia 30324

This 10th day of October, 2017.

**OFFICE OF THE FULTON COUNTY ATTORNEY**

*/s/ Nancy Rowan*

Nancy Rowan
Assistant County Attorney
Georgia State Bar No.: 431076
Nancy.Rowan@fultoncountyga.gov

141 Pryor Street
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)