UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEVIN FRAZIER ARNOLD,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE JENKINS, JR., in his individual and official capacity as Assistant District Attorney of Fulton County,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-1086-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge on defendant's Motion to Dismiss and the Court having **GRANTED** said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover his costs of this action, and the action be, and the same hereby, is **DISMISSED**.

Dated at Atlanta, Georgia this 2nd day of November, 2017.

JAMES N. HATTEN
CLERK OF COURT

By: s/ Brittney Walker
    Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
November 2, 2017
James N. Hatten
Clerk of Court

By: s/ Brittney Walker
    Deputy Clerk